IN THE UNITED STATES DISTRICT COURT DEC -3 PM 2:00
FOR THE DISTRICT OF KANSAS    JAN

_Cindy Lou Miller_    )
_12746 W. 88th Cir. #176_    )
_Lenexa, Ks. 66215_    )
(Enter above the full name of the Plaintiff(s)    )
    )
    )
vs.    )
    ).
_Kansas University Hospital Authority_    )
Name    )
    )    Case Number: 08-CV-2005 CM/GLR
_3901 Rainbow Blvd_    )
Street and number    )
    )
_Kansas City KS 66160_    )
City      State      Zip Code    )

(Enter above the full name and address of the
Defendant in this action - list the name and address
of any additional defendants on the back side of
this sheet).

## CIVIL COMPLAINT PURSUANT TO
## TITLE VII OF THE
## CIVIL RIGHTS ACT OF 1964
### or
## 29 U.S.C. § 621-634(b)
## (Age Discrimination in Employment Act)
### or
## 42 U.S.C. § 12111 et seq.
## (Americans With Disabilities Act)

Mark the statute that you are filing this complaint under:

_____ Title VII of the Civil Rights Act of 1964.

_____ 29 U.S.C. § 621-634 (b) (Age Discrimination in Employment Act)

___X___ 42 U.S.C. § 12111 et. seq. (Americans With Disabilities Act)

1

1.      Plaintiff resides at: _12746 W. 88th Cir #176_

_Lenexa, KS 66215_

2.      Defendant employer(s) reside or can be served with process at the addresses set forth in the caption above.

3.      This Action is brought for employment discrimination, pursuant to one or both of the following laws:

a.      _____ Title VII of the Civil Rights Act of 1964 for employment discrimination.

b.      _____ Age Discrimination in Employment Act of 1967, codified at 29 U.S.C. § 621-634(b), as amended, for employment discrimination based on age;

c.      _X_ Americans With Disabilities Act, codified at 42 U.S.C. § 12111 et. seq., for employment discrimination based on disability.

Jurisdiction is conferred on this court pursuant to 29 U.S.C. § 626(c)(1), 42 U.S.C. § 2000e-5, or 42 U.S.C. § 12117. If the plaintiff is a federal employee, jurisdiction is conferred on this court pursuant to 29 U.S.C. § 633a(c).

4.      Venue is invoked pursuant to 28 U.S.C. § 1391.

5.      Defendant's conduct is discriminatory with respect to the following:

a.      _____ My race or color, which is _____.

b.      _____ My religion, which is _____.

c.      _____ My sex, which is _____ male; _____ female.

d.      _____ My national origin, which is _____.

e.      _____ My age, in violation of 29 U.S.C. § 623.

f.      _X_ My disability or perceived disability, which is _post tramatic stress syndrome._

g.      _____ Other as specified below:

_____

_____

_____

2

6.      The plaintiff is an employee within the meaning of the above-cited statutes.

7.      If this is an age discrimination case, the plaintiff states the following:

         a.      Plaintiff is within the age limits as prescribed by 29 U.S.C. § 631(a).

         b.      My age at the time of the alleged discriminatory conduct was _____.

         c.      My year of birth is _____.

8.      The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 28 U.S.C. § 1343 and 29 U.S. C § 630(b)(c) and (d).

9.      The defendant(s) is (are) engaged in commerce within the meaning of the above-cited statutes.

10.     The conduct complained of in this action concern:

         a.      _____ Failure to employ

         b.      __X__ Termination of employment

         c.      _____ Failure to promote

         d.      __X__ Unequal terms and conditions of employment

         e.      _____ Reduction in wages

         f.      __X__ Retaliation

         g.      __X__ Failure to accommodate disability

         h.      _____ Other acts as specified below:

_____

_____

_____

_____

_____

11.   The facts surrounding my claim of discrimination are:

_See attached_

_____

_____

_____

(If more space is needed you may attach additional sheets of 8½" X 11" paper.)

12.   The alleged discriminatory conduct occurred on or about _October 2005-terminat ion 11/21/06_ at _KU Medical Center_.

13.   In accordance with 42 U.S.C. § 2000e-5, 29 U.S.C.§ 626(d) and 29 U.S.C. § 633(b), or 42 U.S.C. § 12117, more than sixty (60) days have elapsed since filing a charge alleging unlawful discrimination with the Kansas State Division of Human Rights, the Kansas Commission on Human Rights or the Equal Employment Opportunity Commission.

14.   In accordance with 28 U.S.C. § 1343 or 29 U.S.C. § 633a(d), of this is an Age Discrimination action, a thirty (30) day Notice of Intent to File this action has been given to the Equal Employment Opportunity Commission.

15.   I filed charges with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights regarding the alleged discriminatory act on _EEOC Sent paperwork to them, after I filed with them._

16.   I filed charges with the Equal Employment Opportunity Commission regarding the alleged discriminatory act on _May 17, 07_.

17.   I filed a Notice of Intent with the Equal Employment Opportunity Commission on

_____.

18.   The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter (copy attached) which was received by me on or about _Oct. 7, 07_.

19.   If relief is not granted, plaintiff will be irreparably denied the rights secured by the Age Discrimination in Employment Act of 1967, as amended, by Title VII of the 1964 Civil Rights Act, as amended, or by the Americans With Disability Act.

20.   Plaintiff demands trial by jury.   Yes_____   No _✓_

4

WHEREFORE, plaintiff prays that:

a.    The court grant the relief stated in 42 U.S.C. § 2000e-5, 29 U.S.C. § 633a(c), or 42 U.S.C. § 12117, including damages in the amount of $ 150,000.00 .

b.    The court grant such other legal or equitable relief as the court deems just and proper, including attorney's fees and costs.

*Cindy Lou Miller*
Signature of Plaintiff

*Cindy Lou Miller*
Name (Print or Type)

*12746 W. 88th Cir. #176*
Address

*Lenexa   KS   66215*
City        State        Zip Code

*(913) 620-8185*
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita,    Kansas City    or    Topeka ), Kansas as the location for the
(circle one location)

trial in this matter.

*Cindy L. Miller*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( yes    or    no ).
(circle one)

*Cindy L. Miller*
Signature of Plaintiff

Dated: *1/2/07*
(Rev. 9/04)

5