### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CINDY LOU MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 08-CV-2005 EFM-GLR |
| | ) |
| KANSAS UNIVERSITY HOSPITAL | ) |
| AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cindy Lou Miller and Defendant University of Kansas Hospital Authority, by and through their attorneys, pursuant to Rule 41(a)(1)(ii), hereby stipulate that this action and all claims contained in Plaintiff's Complaint, are hereby dismissed with prejudice, with each side to bear its own costs.

Respectfully submitted,

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC

By: /s/ Richard R.. Fritz
RICHARD R. FRITZ  (#20619)
JUDY YI  (#22005)
700 West 47th Street, Suite 1000
Kansas City, Missouri  64112
(816) 753-1000
Fax No. (816) 753-1536

ATTORNEYS FOR DEFENDANT KANSAS UNIVERSITY HOSPITAL AUTHORITY

2

       MITCHELL, KRISTL & LIEBER, P.C.


      By: /s/ R. Mark Nasteff
        R. Mark Nasteff (#18940)
        1220 Washington-Third Floor
        Kansas City, MO 64105-2245
        marknasteff@mkllaw.com
        (816) 472-7788
        Fax No. (816) 472-1956

      ATTORNEYS FOR PLAINTIFF


### **CERTIFICATE OF SERVICE**

 I hereby certify that on November 10, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

 R. Mark Nasteff, Esq.
 Mitchell, Kristl & Lieber, P.C.
 1220 Washington-Third Floor
 Kansas City, MO 64105-2245
 ATTORNEY FOR PLAINTIFF


          /s/ Richard R. Fritz


023186 / 118457
RRFRI  1713477

2